UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID L. TANN, )
 )
      Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
    v. )
 ) **CASE NO. 5:13-CV-663-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
 )
      Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Treasury Judgment Fund pay Plaintiff's counsel $400.00 and the Commissioner of Social Security pay Plaintiff's counsel $4,255.00 for attorney fees if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's counsel.

**This Judgment Filed and Entered on March 30, 2015, and Copies To:**

Charlotte Williams Hall       (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell       (via CM/ECF Notice of Electronic Filing)

DATE:       JULIE RICHARDS JOHNSTON, CLERK

March 30, 2015       (By) /s/ Courtney O'Brien

      Deputy Clerk