UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID L. TANN, )
 )
        Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
  v. )
 ) **CASE NO. 5:13-CV-663-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $24,000.00 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $6,972.63 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 19, 2018, and Copies To:**
Charlotte Williams Hall                              (via CM/ECF electronic notification)
Mary Ellen Russell                                    (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
September 19, 2018                   (By) /s/ Nicole Sellers
                                            Deputy Clerk